AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Stockade Companies, LLC and Stockade Franchising, LP<br><br>*Plaintiff(s)*<br>v.<br>Kelly Restaurant Group, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:17-CV-00143-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KELLY RESTAURANT GROUP, LLC, 12730 High Bluff Drive, Suite 250, San Diego, California 92130.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Curtis J. Kurhajec, Naman Howell Smith & Lee, PLLC, 8310 N. Capital of Texas Hwy, Suite 490, Austin, Texas 78731; FAX: 512-474-1901; and Peter R. Silverman, SHUMAKER, 1000 Jackson Street, Toledo, Ohio 43604-5573; FAX: 419-241-6894.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK

CLERK OF COURT



*Signature of Clerk or Deputy Clerk*

Date:   02/27/2017

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-143

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*                                .

☐ I personally served the summons on the individual at *(place)*
                                                                on *(date)*                           ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                        , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                               , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                on *(date)*                           ; or

☐ I returned the summons unexecuted because                                                     ; or

☐ Other *(specify):*



My fees are $              for travel and $              for services, for a total of $    0.00        .

I declare under penalty of perjury that this information is true.


Date:
                                                              *Server's signature*


                                                              *Printed name and title*



                                                              *Server's address*

Additional information regarding attempted service, etc: